# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Case. No. 18-MJ-146 (RMM)** |
| ) | |
| **VINCENT GALARZA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of the Defendant's Consent Motion to Continue Preliminary Hearing and Exclude Time Under the Speedy Trial Act, the Court finds the ends of justice are best served and outweigh the interest of the public and the Defendant in a speedy trial, and it is hereby

**ORDERED** that the preliminary hearing presently set for February 4, 2019 is hereby vacated, it is,

**FURTHER ORDERED**, this matter is continued for no more that 45 days; it is

**FURTHER ORDERED**, that the parties contact the Court's courtroom deputy to schedule a new date for the preliminary hearing in this case before March 21, 2019,

**FURTHER ORDERED**, pursuant to the provisions of the Speedy Trial Act of 1974, Title 18 United States Code § 3161 (h)(8)(A), that an additional 45 days be excluded in computing the time within which trial must commence in instant case;

**SO ORDERED**, this 1st day of February, 2019.

_____
G. MICHAEL HARVEY
**UNITED STATES MAGISTRATE JUDGE**