# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Mag No. 18-MJ-146** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VINCENT GALARZA** | ) | |

## ORDER

Upon consideration of the Government's Motion to Reconsider Defendant's Bond Status And To Schedule A Hearing On Or Before May 3, 2019, it is this \_\_\_\_ day of _____, 2019,

ORDERED that a hearing be scheduled for \_\_\_\_\_ day of \_\_\_\_\_, 2019 at _____.

_____
United States District Judge