UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Mag No. 18-MJ-146 |
| | ) | |
| v. | ) | |
| | ) | |
| VINCENT GALARZA | ) | |

**FILED**
APR 2 3 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of the Government's Motion to Reconsider Defendant's Bond Status And To Schedule A Hearing On Or Before May 3, 2019, it is this 23rd day of April, 2019,

ORDERED that a hearing is scheduled for 29th day of April, 2019 at 3:00 p.m. in Courtroom 4.

_____
Deborah A. Robinson
United States Magistrate Judge