# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT GALARZA,<br><br>Defendant. | Magistrate No. 18-146 |

## ORDER MODIFYING CONDITIONS OF RELEASE
## TO ADD ADDITIONAL CONDITIONS

Upon consideration of the proffers and arguments of counsel during the hearing on the Government's Motion to Reconsider the Defendant's Bond Status (ECF No. 12), as well as the further information provided to the Court and counsel by the Pretrial Services Agency, it is, this 3rd day of May, 2019,

**ORDERED**, for the reasons set forth on the record on this date, that the Government's motion is **DENIED**.

However, for the reasons set forth on the record on this date, it is **ORDERED** that Defendant's conditions of release are modified to add the following conditions:

1. **Defendant shall have no contact of any type with "W-1" (also identified as "Witness 1") and**
2. **Defendant may not receive any visitor who is in possession of any device which may be used to access the internet.**

_____
DEBORAH A. ROBINSON
United States Magistrate Judge