UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| **v.** | :   NO. 18-MJ-146 |
| | : |
| **VINCENT GALARZA,** | : |
| | : |
| **Defendant.** | : |

# **[PROPOSED] ORDER**

This matter comes before the Court on the government's motion to review and appeal the decision of a Magistrate Judge's order to release defendant Vincent Galarza pending trial in the above case. Upon consideration of that motion, it is by the Court, this \_\_\_\_\_ day of May, 2019:

ORDERED, that a hearing on the government's motion is set for the \_\_\_\_\_ day of _____, 2019 at _____ a.m./p.m.

_____
BERYL A. HOWELL
CHIEF JUDGE,
UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLUMBIA