IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 18-MJ-146 (RMM) |
| VINCENT GALARZA ) | |
| ) | |
| ) | |
| _____ ) | |

## MOTION TO WITHDRAW AS COUNSEL

David W. Bos, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and appointing attorney David Benowitz from the Criminal Justice Act panel as counsel for Mr. Galarza in this matter. In support of this request, undersigned counsel states:

1. On December 19, 2018, the Office of the Federal Public Defender was appointed to represent the Defendant in this matter.

2. On August 13, 2019, counsel for the Defendant was informed that the office of the Federal Public Defender has a conflict of interest in this case which would preclude the office of the Federal Public Defender from fully and effectively representing Mr. Galarza.

3. In order to ensure that Mr. Galarza receives conflict-free representation in this matter, counsel requests permission to withdraw as counsel for Mr.Galarza. Undersigned counsel has contacted the Criminal Justice Act panel Administrator and has been informed that attorney David Benowitz is available to represent Mr. Galarza in this matter.

4. For these reasons, it is respectfully requested that David W. Bos, Assistant Federal Public

Defender, be permitted to withdraw as Mr. Galarza's counsel of record., and that David Benowitz be appointed to represent the Defendant in this matter.

     5. Pursuant to Local Criminal Rule 44.5(d), counsel hereby certifies that a copy of this motion was served on Mr. Galarza on August 14, 2019..

                Respectfully submitted,

                A.J. KRAMER
                FEDERAL PUBLIC DEFENDER

                _____/S/_____
                David W. Bos
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W.
                Suite 550
                Washington, D.C.  20004
                (202) 208-7500