**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 18-MJ-146 (RMM) |
| VINCENT GALARZA ) | |
| ) | |
| ) | |
| ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Office of the Federal Public Defender in this case, it is this ____ day of August, 2019, hereby

**ORDERED**, that the Motion to Withdraw as Counsel is hereby granted; it is further

**ORDERED**, that David W. Bos is permitted to withdraw as counsel in this matter and that attorney David Benowitz is hereby appointed to represent the Defendant in this matter.

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE