NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                   Criminal Number  18-mj-146-RMM-1

VINCENT GALARZA
         (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■]  CJA          [ ]  RETAINED          [ ]  FEDERAL PUBLIC DEFENDER

_____
                     (Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz          DC Bar # 451557
        *(Attorney & Bar ID Number)*
Price Benowitz LLP
        *(Firm Name)*
409 7th Street, NW, Suite 200
        *(Street Address)*
Washington, DC 20004
  *(City)*           *(State)*       *(Zip)*
o (202) 417-6000; c (202) 271-5249
        *(Telephone Number)*