# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | |
| v. | Case No. 18-mj-146-RMM-1 |
| **VINCENT GALARZA,** | |
| Defendant. | |

## NOTICE OF FILING

Defendant Vincent Galarza, through undersigned counsel, hereby files as Exhibit A to his Unopposed Motion to Continue Preliminary Hearing/Detention Hearing (ECF No. 24) an executed waiver of Mr. Galarza's rights under the Speedy Trial Act for the days between October 10, 2019, and the date of the next hearing in this matter, for up to forty (40) days.

Respectfully submitted,

/s/
David Benowitz
*Counsel for Vincent Galarza*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
Office: 202.417.6000
Direct: 202.271.5249
Fax: 202.664.1331
David@PriceBenowitz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October 2019, I caused a true and correct copy of the foregoing Notice of Filing and the attached Exhibit A to be delivered via CM/ECF to Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, NW, Washington, DC 20530.

_____/s/_____
David Benowitz

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>VINCENT GALARZA  )<br>)<br>Defendant  ) | Criminal No. 1:18-mj-00146-RMM-1 |

## WAIVER OF PRESENCE AND OF
## RIGHTS UNDER THE SPEEDY TRIAL ACT

I, Vincent Galarza, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq., and have further been advised that my case is currently scheduled for a Preliminary/Detention Hearing on October 10, 2019, and that I may have my Preliminary/Detention Hearing conducted on that date if I desire.

I hereby waive my presence at the Preliminary/Detention Hearing in my case and also waive any rights I may have under the Speedy Trial Act for up to forty (40) days between October 10, 2019, and the time of the next scheduled Preliminary/Detention hearing that is scheduled in my case.

_____
Vincent Galarza