UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA | ) |
| | ) |
| Defendant | ) |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue Preliminary/Detention Hearing, and the representations in the Defendant's motion to continue, the Court herby finds that the ends of justice will be served by excluding time under the Speedy Trial Act, and that those ends of justice outweigh the Defendant's interests and the interest of the public in a speedy trial, it is hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the preliminary/detention hearing in this matter is continued until the ___7th___ day of __November__ 2019, __1:45 pm__, Courtroom ___6___; and it is hereby,

**FURTHER ORDERED**, that Mr. Galarza having been advised of his rights under the Speedy Trial Act and having agreed to waive those rights for the time period between October 10, 2019, and the ___7th___ day of __November 2019__, the speedy trial clock shall be tolled for that time period.

__October 9, 2019__
DATE

_Deborah A. Robinson_
United States Magistrate Judge