UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Criminal No. 1:18-mj-00 146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

## WAIVER OF PRESENCE AND OF
## RIGHTS UNDER THE SPEEDY TRIAL ACT

I, Vincent Galarza, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq., and have further been advised that my case is currently scheduled for a Preliminary /Detention Hearing on November 7, 2019 , and that I may have my Preliminary /Detention Hearing conducted on that date if I desire .

I hereby waive my presence at the Preliminary/Detention Hearing in my case and also waive any rights I may have under the Speedy Trial Act for up to forty (40) days between November 7, 2019 and the time of the next scheduled Preliminary/Detention hearing that is scheduled in my case.

_____
Vincent Galarza