UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE PRELIMINARY HEARING/DETENTION HEARING**

Defendant Vincent Galarza, by and through undersigned counsel, hereby moves to continue the Preliminary Hearing/Detention Hearing in the above-captioned matter currently scheduled for January 6, 2020 until February 4, 2020, or to an alternate date after that date convenient to the Court's calendar and the parties. In support of this motion, counsel states the following:

1) The parties are engaged in plea negotiations that are anticipated to be completed during the next several weeks.

2) AUSA Lindsay Suttenberg has advised counsel that the government does not oppose Mr. Galarza's motion.

3) Mr. Galarza, who is currently incarcerated, has been advised of his rights under the Speedy Trial Act and agrees to waive those rights for up to 40 days between January 6, 2020, and the date of the next preliminary hearing/detention hearing, tolling the speedy trial clock for that time period. An executed is waiver is attached to this Motion.

4) Mr. Galarza understands that he will remain incarcerated without bond until the date of the next preliminary hearing/detention hearing.

Wherefore, Vincent Galarza respectfully requests that the Court continue the Preliminary/Detention Hearing in this matter until February 4, 2020, or to a date after that date convenient to the Court's calendar and the parties.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for Vincent Galarza*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20001
(202) 271-5249
david@pricebenowitz.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of January, 2020, I caused a true and correct copy of the foregoing Defendant's Unopposed Motion to Continue Preliminary Hearing/Detention Hearing to be delivered via CM/ECF to Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

_____/s/_____
David Benowitz

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18-mj-146-RMM-1 |
| | ) | |
| VINCENT GALARZA | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER

I, Vincent Galarza, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq., and have further been advised that my case is currently scheduled for a Preliminary/Detention Hearing on January 6, 2020, and that I may have my Preliminary/Detention Hearing conducted on that date if I desire.

I hereby waive my presence at the Preliminary/Detention Hearing in my case and also waive any rights I may have under the Speedy Trial Act for up to forty (40) days between January 6, 2020 and the time of the next scheduled Preliminary/Detention Hearing scheduled in my case.

_____
Vincent Galarza