UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| **Defendant** ) | |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE PRELIMINARY HEARING/DETENTION HEARING**

Defendant Vincent Galarza, by and through undersigned counsel, hereby moves to continue the Preliminary Hearing/Detention Hearing in the above-captioned matter currently scheduled for March 4, 2020 until March 18, 2020, or to an alternate date after that date convenient to the Court's calendar and the parties. In support of this motion, counsel states the following:

1) The parties are engaged in plea negotiations that are anticipated to be completed during the next several weeks.

2) AUSA Lindsay Suttenberg has advised counsel that the government does not oppose Mr. Galarza's motion.

3) Mr. Galarza, who is currently incarcerated, has been advised of his rights under the Speedy Trial Act and agrees to waive those rights for up to 40 days between March 4, 2020, and the date of the next preliminary hearing/detention hearing, tolling the speedy trial clock for that time period. An executed waiver will be submitted for the Court's review.

Wherefore, Vincent Galarza respectfully requests that the Court continue the Preliminary/Detention Hearing in this matter until March 18, 2020, or to a date after that date convenient to the Court's calendar and the parties.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for Vincent Galarza*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20001
(202) 271-5249
david@pricebenowitz.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of November, 2019, I caused a true and correct copy of the foregoing Defendant's Unopposed Motion to Continue Preliminary Hearing/Detention Hearing to be delivered via CM/ECF to Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

_____/s/_____
David Benowitz