UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) )  ) v. ) ) **VINCENT GALARZA,** ) **Defendant.** ) ) | **Criminal No. 1:18-mj-146-RMM-1** |

## NOTICE OF FILING
## WAIVER OF PRESENCE AND OF RIGHTS UNDER SPEEDY TRIAL ACT

Defendant Vincent Galarza, by and through undersigned counsel, requests that the Clerk of the Court file as part of the record in this case, the attached Waiver of Presence and of Rights Under the Speedy Trial Act.

Respectfully submitted,

_____/s/_____
David Benowitz # 451557
*Counsel for Vincent Galarza*
409 7th Street, NW
Suite 200
Washington, DC 20004
(202) 417-6003
david@pricebenowitz.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Filing and attached Waiver of Presence and of Rights Under the Speedy Trial Act have been served via the Court's ECF system upon Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, NW, Washington, DC 20530 on this 3rd day of March, 2020.

                                                      _____/s/_____
                                                       David Benowitz

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18-mj-146-RMM-1 |
| | ) | |
| VINCENT GALARZA | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER

I, Vincent Galarza, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq., and have further been advised that my case is currently scheduled for a Preliminary/Detention Hearing on March 4, 2020, and that I may have my Preliminary/Detention Hearing conducted on that date if I desire.

I hereby waive my presence at the Preliminary/Detention Hearing in my case and also waive any rights I may have under the Speedy Trial Act for up to forty (40) days between March 4, 2020 and the time of the next scheduled Preliminary/Detention Hearing scheduled in my case.

_____
Vincent Galarza