UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

ORDER

FILED

MAR 17 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Upon consideration of the Defendant's Consent Motion to Continue Preliminary Hearing/Detention Hearing, and the representations in the Defendant's motion to continue, the Court hereby finds that the ends of justice will be served by excluding time under the Speedy Trial Act, and that those ends of justice outweigh the Defendant's interests and the interest of the public in a speedy trial because the delay will provide the parties with additional time to engage in plea negotiations and for the reasons set forth in Standing Order No. 20-9 issued by the Chief Judge of the United States District Court for the District of Columbia. For these reasons, it is hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the hearing in this matter is continued until April 22, 2020, at 2:00 PM and it is hereby,

**FURTHER ORDERED**, that Mr. Galarza having been advised of his rights under the Speedy Trial Act and having agreed to waive those rights for the time period between March 18, 2020, and April 22, 2020, the speedy trial clock shall be tolled for that time period.

_March 17, 2020_____
**DATE**

2020.03.17
19:27:05 -04'00'

_____
Robin M. Meriweather
United States Magistrate Judge