# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:18-mj-00146-RMM-1 |
| **VINCENT GALARZA** | ) |
| | ) |
| **Defendant** | ) |

## ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing, it is hereby,

**ORDERED**, that Defendant's Motion is GRANTED; and it is hereby,

**FURTHER ORDERED**, that the preliminary hearing in this matter, currently scheduled for June 17, 2020, will be continued until July 15, 2020;

**FURTHER ORDERED**, that in accordance with Chief Judge Howell's order in Standing Order 20-29 tolling the time for certain criminal proceedings until July 15, 2020 due to the ongoing coronavirus pandemic, and due to Mr. Galarza having been advised of his rights under the Speedy Trial Act and having agreed to waive those rights for the time period between June 17, 2020, and the next scheduled hearing date, the speedy trial clock shall be tolled between June 17, 2020 and July 15, 2020.

\_\_June 16, 2020\_\_
**DATE**

**ROBIN M. MERIWEATHER**
**United States Magistrate Judge**