## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal No. 1:18-mj-00146-RMM-1** |
| **VINCENT GALARZA** ) | |
| ) | |
| **Defendant** ) | |

### DEFENDANT'S AMENDED CONSENT MOTION
### TO CONTINUE PRELIMINARY HEARING

Defendant Vincent Galarza, by and through undersigned counsel, hereby moves to continue the Preliminary Hearing in the above-captioned matter currently scheduled for July 15, 2020 to August 27, 2020, or to an alternate date after that date convenient to the Court's calendar and the parties. In support of this motion, counsel states the following:

1) The parties are engaged in plea negotiations that are anticipated to be completed in the near future but the negotiations have been slowed down due to the current health emergency.

2) AUSA Lindsay Suttenberg has advised counsel that the government consents to Mr. Galarza's motion.

3) Mr. Galarza, who is currently incarcerated, has been advised of his rights under the Speedy Trial Act and understands that due to the current health emergency that the speedy trial clock will be tolled for the period between July 15, 2020 and the date of his next hearing. Mr. Galarza's signed waiver is attached to this motion.

Wherefore, Vincent Galarza respectfully requests that the Court continue the Preliminary Hearing in this matter to August 27, 2020, or to a date after that date convenient to the Court's calendar and to the parties.

1

                Respectfully submitted,


                _____/s/_____
                David Benowitz
                DC Bar # 451557
                *Counsel for Vincent Galarza*
                Price Benowitz LLP
                409 7th Street, NW
                Suite 200
                Washington, DC 20001
                (202) 271-5249
                david@pricebenowitz.com


## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 15th day of July 2020, I caused a true and correct copy of the foregoing Defendant's Consent Motion to Continue Preliminary Hearing to be delivered via CM/ECF to Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.


                _____/s/_____
                David Benowitz

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:18-mj-146-RMM-1 |
| ) | |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

## WAIVER

I, Vincent Galarza, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq., and have further been advised that my case is currently scheduled for a Preliminary/Detention Hearing on July 15, 2020, and that I may have my Preliminary/Detention Hearing conducted on that date if I desire.

I hereby waive my presence at the Preliminary/Detention Hearing in my case and also waive any rights I may have under the Speedy Trial Act for up to forty-five (45) days between July 15, 2020 and the time of the next scheduled Preliminary/Detention Hearing scheduled in my case.

_____
Vincent Galarza