UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

## ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing, the Court hereby finds that the ends of justice will be served by granting the continuance, and that those ends of justice outweigh the Defendant's interests and the interest of the public in a speedy trial, because the delay will provide the parties with additional time to engage in plea negotiations. Therefore, it is hereby,

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the preliminary hearing in this matter, currently scheduled for October 6, 2020, will be continued until November 18, 2020, at 11:00 a.m. before Magistrate Judge Zia M. Faruqui;

**FURTHER ORDERED**, that Mr. Galarza having been advised of his rights under the Speedy Trial Act and having agreed to waive those rights for the time period between October 6, 2020, and the next scheduled hearing date, the speedy trial clock shall be tolled for that time period.

_October 5, 2020__
**DATE**

_____
**G. MICHAEL HARVEY**
**United States Magistrate Judge**