UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18-mj-146-RMM-1 |
| | ) | |
| VINCENT GALARZA | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER

I, Vincent Galarza, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq., and have further been advised that my case is currently scheduled for a Preliminary Hearing on November 18, 2020, and that I may have my Preliminary/Detention Hearing conducted on that date if I desire.

I hereby waive my presence at the Preliminary Hearing in my case and also waive any rights I may have under the Speedy Trial Act for up to seventy (70) days between November 18, 2020 and the time of the next scheduled Preliminary Hearing scheduled in my case.

_____
Vincent Galarza