# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | )    **Criminal No. 1:18-mj-00146-RMM-1** |
| **VINCENT GALARZA** | ) |
| | ) |
| **Defendant** | ) |

## ORDER

Upon consideration of the Defendant's Consent Motion to Continue Preliminary Hearing, the Court hereby finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, because the delay will provide the parties with additional time to engage in pretrial negotiations. It is hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED**, that the preliminary hearing in this matter, currently scheduled for November 18, 2020, will be continued until 11:30 a.m. on January 19, 2021, before Magistrate Judge G. Michael Harvey; and it is

**FURTHER ORDERED**, that the time between November 18, 2020 and January 19, 2021 shall be excluded from calculation under the Speedy Trial Act.

_____
**G. Michael Harvey**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18-mj-146-RMM-1 |
| | ) | |
| VINCENT GALARZA | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER

I, Vincent Galarza, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq., and have further been advised that my case is currently scheduled for a Preliminary Hearing on November 18, 2020, and that I may have my Preliminary/Detention Hearing conducted on that date if I desire.

I hereby waive my presence at the Preliminary Hearing in my case and also waive any rights I may have under the Speedy Trial Act for up to seventy (70) days between November 18, 2020 and the time of the next scheduled Preliminary Hearing scheduled in my case.

_____
Vincent Galarza