# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal No. 1:18-mj-00146-RMM-1** |
| **VINCENT GALARZA** ) | |
| ) | |
| **Defendant** ) | |

## ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing, the Court hereby finds that there is good cause to continue the preliminary hearing, and that the ends of justice will be served by excluding time under the Speedy Trial Act, and that those ends of justice outweigh the Defendant's interests and the interest of the public in a speedy trial, because the continuance will allow the parties to continue plea negotiations. Therefore, it is hereby,

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the preliminary hearing in this matter, currently scheduled for March 19, 2021, will be continued until May 18, 2021;

**FURTHER ORDERED**, that Mr. Galarza having been advised of his rights under the Speedy Trial Act and having agreed to waive those rights for the time period between March 19, 2021, and the next scheduled hearing date, the speedy trial clock shall be tolled for that time period.

March 19, 2021
_____         _____
**DATE**                         **Robin M. Meriweather**
                                **United States Magistrate Judge**