**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal No. 1:18-mj-00146-RMM-1** |
| **VINCENT GALARZA** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing, it is hereby

**ORDERED**, that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED**, that the preliminary hearing in this matter, currently scheduled

for May 18, 2021, will be continued for good cause until 10:00 a.m. on  July 21, 2021, before

Magistrate Judge G. Michael Harvey; and it is

**FURTHER ORDERED**, that Mr. Galarza having been advised of his rights under the

Speedy Trial Act, the time between May 20, 2021 through July 21, 2021 shall be excluded from

calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the

granting of such continuance outweigh the best interests of the public and the defendant in a

speedy trial, as the continuance will provide the parties with additional time to engage in pretrial

negotiations.

_____
**Robin M. Meriweather**
**United States Magistrate Judge**