UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

## ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing and Exclude Time Under the Speedy Trial Act, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; it is

**FURTHER ORDERED** that the preliminary hearing in this matter currently scheduled for July 21, 2021 be continued for good cause to September 28, 2021 at 3:00 P.M. before the Honorable Zia M. Faruqui; and it is

**FURTHER ORDERED** that the time between July 21, 2021 and September 27, 2021 be excluded for purposes of any computation under the Speedy Trial Act. The Court finds that the ends of justice served by granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will allow the parties to continue to engage in plea negotiations and explore whether a pre-indictment resolution is possible.

_____
G. Michael Harvey
**United States Magistrate Judge**