UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | Criminal No. 1:18-mj-00146-RMM-1 |
| ) | |
| VINCENT GALARZA     ) | |
| ) | |
| Defendant      ) | |

### ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing, it is hereby

**ORDERED** that the United States' Motion is **GRANTED**; it is further

**ORDERED** that the preliminary hearing currently scheduled for September 28, 2021 be continued for good cause to October 26, 2021 at 3:00 p.m. before Magistrate Judge G. Michael Harvey; and it is further

**ORDERED** that the time between September 28, 2021 and October 26, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Mr. Galarza in a speedy trial, as the continuance will give the United States additional time to process, organize, review, and produce discovery.

Zia M. Faruqui
2021.09.27
17:15:43 -04'00'

_____
Zia M. Faruqui
United States Magistrate Judge