UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VINCENT GALARZA )<br>)<br>**Defendant** ) | Criminal No. 1:18-mj-00146-RMM-1 |

**DEFENDANT'S CONSENT MOTION
TO CONTINUE PRELIMINARY HEARING**

Defendant Vincent Galarza, by and through undersigned counsel, hereby moves to continue the Preliminary Hearing in the above-captioned matter currently scheduled for October 26, 2021 to January 5, 2022, or to an alternate date after that date convenient to the Court's calendar and the parties. In support of this motion, counsel states the following:

1) The parties are engaged in plea negotiations that are anticipated to be completed in the near future, but the negotiations have been slowed down due to the current health emergency.

2) AUSA Lindsay Suttenberg consents to Mr. Galarza's motion.

3) Mr. Galarza, who is currently incarcerated, has been advised of his rights under the Speedy Trial Act and understands that due to the current health emergency that the speedy trial clock will be tolled for the period between October 26, 2021 and the date of his next hearing.

Wherefore, Vincent Galarza respectfully requests that the Court continue the Preliminary Hearing in this matter to January 5, 2022, or to a date after that date convenient to the Court's calendar and to the parties.

1

                                                Respectfully submitted,

                                                _____/s/_____
                                                David Benowitz
                                                DC Bar # 451557
                                                *Counsel for Vincent Galarza*
                                                Price Benowitz LLP
                                                409 7th Street, NW
                                                Suite 200
                                                Washington, DC 20001
                                                (202) 271-5249
                                                david@pricebenowitz.com


## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 25th day of October 2021, I caused a true and correct copy of the foregoing Defendant's Consent Motion to Continue Preliminary Hearing to be delivered via CM/ECF to Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

                                                _____/s/_____
                                                David Benowitz