UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA | ) |
| | ) |
| Defendant | ) |

## ORDER

Upon consideration of the Consent Motion to Continue Preliminary Hearing, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; it is further

**ORDERED** that the preliminary hearing currently scheduled for October 26, 2021 be continued for good cause to January 7, 2022 at 2 p.m. before Magistrate Judge Harvey; and it is further

**ORDERED** that the time between October 26, 2021 and January 7, 2022 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties additional time to continue engaging in plea negotiations.

G. Michael Harvey
2021.10.25
15:19:31 -04'00'

_____
G. Michael Harvey
United States Magistrate Judge