**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal No. 1:18-mj-00146-RMM-1** |
| **VINCENT GALARZA** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary hearing on January 7, 2022, be continued for good cause to February 22, 2022 at 3:30 p.m.; and it is further

**ORDERED** that the period from January 7, 2022 through February 22, 2022 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in a pretrial resolution.


_____
**The Honorable G. Michael Harvey**
**United States Magistrate Judge**