# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal No. 1:18-mj-00146-RMM-1** |
| **VINCENT GALARZA** ) | |
| ) | |
| **Defendant** ) | |

## DEFENDANT'S UNOPPOSED MOTION
## TO CONTINUE PRELIMINARY HEARING

Defendant Vincent Galarza, by and through undersigned counsel, hereby moves to continue the Preliminary Hearing in the above-captioned matter currently scheduled for April 18, 2022, to June 20, 2022 or to an alternate date after that date convenient to the Court's calendar and the parties. In support of this motion, counsel states the following:

1) The parties are engaged in plea negotiations that are anticipated to be completed in the near future, but the negotiations have been slowed down due to the current health emergency, difficulty communicating with Mr. Galarza, and counsel having just completed a jury trial in federal court in Maryland, and about to begin another one in the same district.

2) Counsel has had difficulty communicating with Mr. Galarza due to him being moved to a different facility approximately four (4) hours from the District of Columbia.

3) AUSA Lindsay Suttenberg has advised counsel that the government does not oppose Mr. Galarza's motion.

4) Mr. Galarza, who is currently incarcerated, has been advised of his rights under the Speedy Trial Act and understands that due to the current health emergency and ongoing associated difficulties that the speedy trial clock will be tolled for the period between April 18, 2022 and the date of his next hearing.

1

Case 1:18-mj-00146-RMM   Document 72   Filed 04/14/22   Page 2 of 2

Wherefore, Vincent Galarza respectfully requests that the Court continue the Preliminary Hearing in this matter to June 20, 2022, or to a date after that date convenient to the Court's calendar and to the parties.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for Vincent Galarza*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20001
(202) 271-5249
david@pricebenowitz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April 2022, I caused a true and correct copy of the foregoing Defendant's Unopposed Motion to Continue Preliminary Hearing to be delivered via CM/ECF to Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

_____/s/_____
David Benowitz