## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

## ORDER

Upon consideration of the motion to continue, upon consent, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that the currently scheduled preliminary hearing on April 18, 2022, be continued for good cause to June 21, 2022 at 3:00 p.m.; and it is further

ORDERED that the time between April 18, 2022, and June 21, 2022 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

The Honorable G. Michael Harvey
United States Magistrate Judge