UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| VINCENT GALARZA ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE PRELIMINARY HEARING**

Defendant Vincent Galarza, by and through undersigned counsel, hereby moves to continue the Preliminary Hearing in the above-captioned matter currently scheduled for August 24, 2022, to September 16, 2022, in the afternoon, or to an alternate date after that date convenient to the Court's calendar and the parties.  In support of this motion, counsel states the following:

1) The parties are engaged in plea negotiations and are very close to reaching a disposition in this matter. However, the parties do require some additional time to complete the discussions.

2) Additionally, there remains difficulty communicating with Mr. Galarza due to him being moved to a different facility.

3) AUSA Lindsay Suttenberg has advised counsel that the government does not oppose Mr. Galarza's motion.

4) Mr. Galarza, who is currently incarcerated, has been advised of his rights under the Speedy Trial Act and understands that the speedy trial clock will be tolled for the period between August, 24, 2022 and the date of his next hearing.

Wherefore, Vincent Galarza respectfully requests that the Court continue the Preliminary Hearing in this matter to September 16, 2022, in the afternoon, or to a date after that date convenient to the Court's calendar and to the parties.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for Vincent Galarza*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20001
(202) 271-5249
david@pricebenowitz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August 2022, I caused a true and correct copy of the foregoing Defendant's Unopposed Motion to Continue Preliminary Hearing to be delivered via CM/ECF to Assistant United States Attorney Lindsay Suttenberg, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

_____/s/_____
David Benowitz