**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-mj-00146-RMM-1 |
| **VINCENT GALARZA** ) | |
| ) | |
| **Defendant** ) | |

**ORDER**

Upon consideration of the Joint Motion to Continue Preliminary Hearing and to Exclude Time Pursuant to the Speedy Trial Act under 18 U.S.C. § 316l(h)(7)(A), it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled Preliminary Hearing on August 24, 2022 shall be continued for good cause to September 16, 2022 at 3:00 PM; and it is further

ORDERED that time between August 24, 2022 and September 16, 2022 shall be excluded from calculation under the Speedy Trial Act, under 18 U.S.C. § 316l(h)(7)(A). The Court finds that the ends of justice served by the granting of this motion outweighs the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties additional time to discuss a potential pretrial resolution.

So ordered on August 23, 2022.

 

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge